UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,
Plaintiffs,

v.

Brad Wise, et al.,
Defendants.

Case No. _____

**PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs, pro se, respectfully submit this Motion under Federal Rules of Civil Procedure 65(b) and (c), urging immediate issuance of a Temporary Restraining Order and Preliminary Injunction enjoining all Defendants, their agents, successors, and any subsequent purchasers from:

1. Evicting Plaintiffs from the residence located at 15581 Iodine Street NW, Ramsey, Minnesota 55303.

2. Transferring, recording, or otherwise encumbering any interest related to the Sheriff's Certificate of Sale (Doc #2442295.004, Exhibit I).

3. Allowing the statutory redemption period to expire on January 1, 2026.

**GROUNDED BASIS FOR RELIEF**

Plaintiffs certify that immediate and irreparable injury will occur before Defendants can be heard. The sheriff's sale on July 1, 2025 is alleged void for fundamental defects including:

- No usable loan funds advanced (Exhibit S "Funds for Borrower $0.00").

- Dormancy of the original loan originator, Onward Financing, LLC (Exhibit U).

- Execution pursuant to an invalid, robo-signed Assignment of Mortgage (Exhibit F).

Plaintiffs risk losing their primary residence, valued at approximately $450,000, and suffer associated profound emotional distress (Exhibits R-2 and R-3).

**DATAPHASE FACTORS SATISFIED**

1. **Likelihood of Success on the Merits:**
   Plaintiffs have strong evidence and legal precedent demonstrating the foreclosure sale is void due to standing and procedural defects, consistent with *Ruiz v. 1st Fidelity Loan Servicing, LLC*, 829 N.W.2d 53 (Minn. 2013). This demonstrates overwhelming success of claim.

2. **Irreparable Harm:**
   Loss of home ownership and documented emotional distress represent injuries incapable of full remedy through monetary damages.

3. **Balance of Equities:**
   The hardships faced by Plaintiffs outweigh any nominal inconvenience to Defendants from a temporary stay.

4. **Public Interest:**
   Enforcement of constitutional and statutory protections for homeowners outweighs other considerations.

## BOND REQUEST

Plaintiffs, due to limited resources, request waiver or nominal bond under Fed. R. Civ. P. 65(c) as Defendants will suffer no monetary harm from this short-term injunction.

## RELIEF REQUESTED

Wherefore, Plaintiffs respectfully ask the Court to:

- Grant this Temporary Restraining Order and Preliminary Injunction enjoining Defendants from eviction, transferring interests, or letting redemption expire.
- Schedule a preliminary injunction hearing within fourteen (14) days of this order.
- Grant such further relief as the Court deems just and equitable.

Dated: Dec 22nd, 2025

_____
Douglas Kaltved, Pro Se

_____
Jenna Kaltved, Pro Se

**Attachments:** Exhibits A, O, D, F, U, S, I, R-2, R-3, and related documents.