UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kaltved et al., | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | Case No: 0:25-cv-04755-NEB-JFD |
| v. | |
| Wise et al., | |
| Defendant(s). | |

The undersigned attorneys hereby notify the Court and counsel that Leah Christenson and Jason J. Stover shall appear as counsel of record for Brad Wise, Lucas Christofferson, and Richard Kreyer, and any later-named Anoka County Defendants in this case.

BRAD JOHNSON
ANOKA COUNTY ATTORNEY

Dated: January 22, 2026

s/ Leah Christenson
Leah Christenson, #0504664
Jason J. Stover, #30573X
Assistant Anoka County Attorney
Anoka County Government Center
2100 Third Avenue, STE 720
Anoka, MN  55303
763-324-5550
Leah.Christenson@anokacountymn.gov
Jason.Stover@anokacountymn.gov