## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kaltved et al.

               Plaintiff(s),

v.

Brad Wise, et al.

               Defendant(s).

Case No. 25-CV-04755-NEB-JFD

**DEFENDANTS BRAD WISE, LUCAS CHRISTOFFERSON AND RICHARD KREYER'S ANSWER TO COMPLAINT**

Defendants Brad Wise, Lucas Christofferson, and Richard Kreyer (the "Anoka Defendants"), for their separate Answer to Plaintiffs' Complaint, state as follows. The Anoka Defendants deny each and every allegation of the Complaint except as expressly admitted, qualified, or otherwise answered below. If the Anoka Defendants (or any of them) state that they lack or are without knowledge or information sufficient to form a belief as to the truth of an allegation, then they deny that allegation.

### <u>CLAIM AND DEMAND FOR JURY TRIAL</u>

1.     With respect to the allegations to the opening paragraph of the Complaint entitled, "**CLAIM AND DEMAND FOR JURY TRIAL** (Wrongful Foreclosure, FDCPA Violations, Conspiracy and Due Process Violations Under § 1983, Declaratory Judgment, and Quiet Title)," the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

## JURISDICTION AND VENUE

2.      With respect to the allegations contained in Paragraph 1, Anoka Defendants state that this Paragraph contains allegations of law to which no responsive pleading is required.

3.      With respect to the allegations contained in Paragraph 2, Anoka Defendants state that this Paragraph contains allegations of law to which no responsive pleading is required.

4.      With respect to the allegations contained in Paragraph 3, Anoka Defendants state that this Paragraph contains allegations of law to which no responsive pleading is required.

## PARTIES

5.      With respect to the allegations contained in Paragraph 4, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

6.      With respect to the allegations contained in Paragraph 5, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

7.      With respect to the allegations contained in Paragraph 6, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

8.      With respect to the allegations contained in Paragraph 7, the Anoka

Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

9.      With respect to the allegations contained in Paragraph 8, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

10.     With respect to the allegations contained in Paragraph 9, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

11.     With respect to the allegations contained in Paragraph 10, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

12.     Anoka Defendants admit the allegations in Paragraph 11.

13.     Anoka Defendants admit the allegations in Paragraph 12.

14.     With respect to the allegations contained in Paragraph 13, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

15.     With respect to the allegations contained in Paragraph 14, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

16.     With respect to the allegations contained in Paragraph 15, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

17.    With respect to the allegations contained in Paragraph 16, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

## INJURY IN FACT, CAUSATION, AND REDRESSABILITY

18.    With respect to the allegations contained in Paragraph 17, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

19.    With respect to the allegations contained in Paragraph 17.1, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

20.    With respect to the allegations contained in Paragraph 17.2, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

21.    With respect to the allegations contained in Paragraph 17.3, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

22.    With respect to the allegations contained in Paragraph 17.4, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

23.    With respect to the allegations contained in Paragraph 18, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

4

24.     With respect to the allegations contained in Paragraph 19, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

## THRESHOLD ISSUE OF STANDING

25.     With respect to the allegations in Paragraph 20, Anoka Defendants state that on or about July 1, 2025, the property located at 15581 Iodine Street Northwest, Ramsey, Minnesota 55303, was scheduled for a sheriff's sale. Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph.

## DESCRIPTION OF THE PROPERTY

26.     With respect to the allegations contained in Paragraph 21, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

## FACTUAL ALLEGATIONS

27.     With respect to the allegations contained in Paragraph 22, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

28.     With respect to the allegations contained in Paragraph 23, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

29.     With respect to the allegations contained in Paragraph 24, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the

allegations contained in this Paragraph.

30.    With respect to the allegations contained in Paragraph 25, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

31.    With respect to the allegations contained in Paragraph 26, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

32.    With respect to the allegations contained in Paragraph 27, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

33.    With respect to the allegations contained in Paragraph 28, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

34.    With respect to the allegations contained in Paragraph 29, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

35.    With respect to the allegations contained in Paragraph 30, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

36.    With respect to the allegations contained in Paragraph 31, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

37.     With respect to the allegations contained in Paragraph 32, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

38.     With respect to the allegations contained in Paragraph 33, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

39.     With respect to the allegations contained in Paragraph 34, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

40.     With respect to the allegations contained in Paragraph 35, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

41.     With respect to the allegations contained in Paragraph 36, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

42.     With respect to the allegations contained in Paragraph 37, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

43.     With respect to the allegations contained in Paragraph 38, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

44.     With respect to the allegations contained in Paragraph 39, the Anoka

Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

45.   With respect to the allegations contained in Paragraph 40, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

46.   With respect to the allegations contained in Paragraph 41, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

47.   With respect to the allegations in Paragraph 42, Anoka Defendants state that on or about July 1, 2025, the property located at 15581 Iodine Street Northwest, Ramsey, Minnesota 55303, was scheduled for a sheriff's sale. Anoka Defendants further admit that Defendant Lucas Christofferson signed the Sheriff's Certificate of Sale on or about July 1, 2025. Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph.

48.   With respect to the allegations contained in Paragraph 43, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

49.   With respect to the allegations contained in Paragraph 44, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

**PREEMPTIVE RESPONSE TO DEFENDANTS' ANTICIPATED DEFENSES**

50.   With respect to the allegations contained in Paragraph 45, the Anoka

Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

51.     With respect to the allegations contained in Paragraph 46, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

52.     With respect to the allegations contained in Paragraph 47, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

53.     With respect to the allegations contained in Paragraph 48, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

54.     With respect to the allegations contained in Paragraph 49, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

55.     With respect to the allegations contained in Paragraph 50, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

56.     With respect to the allegations contained in Paragraph 51, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

57.     With respect to the allegations contained in Paragraph 52, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the

allegations contained in this Paragraph.

58.    With respect to the allegations contained in Paragraph 53, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

59.    With respect to the allegations contained in Paragraph 54, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

60.    Anoka Defendants deny the allegations in Paragraph 55.

61.    With respect to the allegations contained in Paragraph 56, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

## CAUSES OF ACTION

### COUNT I – VIOLATION OF DUE PROCESS
### (42 U.S.C. § 1983)
*(Against Sheriff Defendants Brad Wise, Lucas Christofferson, and Richard Kreyer)*

62.    Anoka Defendants incorporates herein by reference the preceding paragraphs of this Answer.

63.    Paragraph 58 contains allegations of law to which no responsive pleading is required. To the extent a response is required, Anoka Defendants state that the referenced Amendment speaks for itself.  The Anoka Defendants deny any characterization of that Amendment.

64.    Anoka Defendants deny the allegations in Paragraph 59.

65.    With respect to the allegations contained in Paragraph 60, the Anoka

Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

66.     With respect to the allegations contained in Paragraph 61(a), the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

67.     With respect to the allegations contained in Paragraph 62(b), the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

68.     With respect to the allegations in Paragraph 63, Anoka Defendants state that on or about July 1, 2025, the property located at 15581 Iodine Street Northwest, Ramsey, Minnesota 55303, was scheduled for a sheriff's sale. Anoka Defendants further admit that Defendant Lucas Christofferson signed the Sheriff's Certificate of Sale on or about July 1, 2025. Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph.

69.     Paragraph 64 contains allegations of law to which no responsive pleading is required.

70.     Paragraph 65 contains allegations of law to which no responsive pleading is required. To the extent a response is required, Anoka Defendants specifically deny that they "acted with deliberate indifference to Homeowners' constitutional rights" nor did they act "in willful disregard." Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph.

71.     With respect to the allegations contained in Paragraph 66, the Anoka

11

Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

72.    Anoka Defendants deny the allegations in Paragraph 67.

73.    Anoka Defendants deny the allegations in Paragraph 67.1.

74.    Anoka Defendants deny the allegations in Paragraph 67.2.

75.    Anoka Defendants deny the allegations in Paragraph 67.3.

76.    Anoka Defendants deny the allegations in Paragraph 67.4.

77.    Anoka Defendants deny the allegations in Paragraph 67.5.

## COUNT II – VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### (15 U.S.C. § 1692 et seq.)
*(Against Wilford, Geske & Cook, P.A.; Cenlar FSB; AmeriHome Mortgage Company, LLC; ServiceMac, LLC; Jason Webb; Mackenzie Eichen)*

78.    Anoka Defendants incorporates herein by reference the preceding paragraphs of this Answer.

79.    With respect to the allegations contained in Paragraph 69, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

80.    Paragraph 70 contains allegations of law to which no responsive pleading is required. To the extent a response is required, Anoka Defendants state that the referenced statutes speak for themselves. Anoka Defendants deny any characterization of those rules.

81.    Because Count Two does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Two. Nevertheless, with respect to the allegations contained in Paragraph 71, the

Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

82.     Because Count Two does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Two. Nevertheless, with respect to the allegations contained in Paragraph 72, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

83.     Because Count Two does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Two. Nevertheless, with respect to the allegations contained in Paragraph 73, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

84.     Because Count Two does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Two. Nevertheless, with respect to the allegations contained in Paragraph 74, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

85.     Because Count Two does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Two. Nevertheless, with respect to the allegations contained in Paragraph 75, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

86.    Because Count Two does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Two. Nevertheless, with respect to the allegations contained in Paragraph 75.1, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

87.    Because Count Two does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Two. Nevertheless, with respect to the allegations contained in Paragraph 75.2, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

88.    Because Count Two does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Two. Nevertheless, with respect to the allegations contained in Paragraph 75.3, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

89.    Because Count Two does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Two. Nevertheless, with respect to the allegations contained in Paragraph 75.4, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

## COUNT III – CONSPIRACY TO DEPRIVE CONSTITUTIONAL RIGHTS
### (42 U.S.C. § 1983)

*(Against AmeriHome Mortgage Company, LLC; ServiceMac, LLC; Wilford, Geske & Cook, P.A.; MERS; Cenlar FSB; and Sheriff Brad Wise, Richard Kreyer, and Lucas Christofferson)*

78. Anoka Defendants incorporates herein by reference the preceding paragraphs of this Answer.

79. Anoka Defendants deny the allegations in Paragraph 77.

80. Anoka Defendants deny the allegations in Paragraph 78.

81. With respect to the allegations contained in Paragraph 79, the Anoka Defendants specifically deny that they acted in "furtherance of the conspiracy." Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph.

82 With respect to the allegations contained in Paragraph 79.1, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

83. With respect to the allegations contained in Paragraph 79.2, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

84. Anoka Defendants deny the allegations in Paragraph 79.3.

85. With respect to the allegations contained in Paragraph 79.4, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

15

86. With respect to the allegations in Paragraph 79.5, Anoka Defendants state that on or about July 1, 2025, the property located at 15581 Iodine Street Northwest, Ramsey, Minnesota 55303, was scheduled for a sheriff's sale. Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph.

87. With respect to the allegations contained in Paragraph 79.6, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

88. Anoka Defendants deny the allegations in Paragraph 80.

89. Anoka Defendants deny the allegations in Paragraph 81.

## **COUNT IV – WRONGFUL FORECLOSURE – LACK OF STANDING**
*(Against AmeriHome Mortgage Company, LLC; ServiceMac, LLC; Federal National Mortgage Association; MERS; Onward Financing, LLC; Jason Webb, Mackenzie Eichen)*

90. Anoka Defendants incorporates herein by reference the preceding paragraphs of this Answer.

91. Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 83, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

92. Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained

in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 84, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

93.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 85, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

94.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 86, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

95.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 87, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

96.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 88, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth

of those allegations.

97.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 89, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

98.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 90, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

99.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 91, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

100.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 92, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

101.    Because Count Four does not contain any allegations against the Anoka

Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 93, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

102.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 94, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

103.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 94.1, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

104.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 94.2, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

105.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 94.3,

the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

106.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 94.4, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

107.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 94.5, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

108.    Because Count Four does not contain any allegations against the Anoka Defendants, the Anoka Defendants are not required to respond to the allegations contained in Count Four. Nevertheless, with respect to the allegations contained in Paragraph 94.6, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of those allegations.

## COUNT V – DECLARATORY JUDGMENT (28 U.S.C. § 2201) & QUIET TITLE

109.    Anoka Defendants incorporates herein by reference the preceding paragraphs of this Answer.

110.    With respect to the allegations contained in Paragraph 96, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the

allegations contained in this Paragraph.

111.    With respect to the allegations contained in Paragraph 97, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

112.    With respect to the allegations contained in Paragraph 98, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

113.    With respect to the allegations contained in Paragraph 99, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

114.    With respect to the allegations contained in Paragraph 100, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

115.    With respect to the allegations contained in Paragraph 101, the Anoka Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph.

116.    Anoka Defendants deny the allegations in Paragraph 102.

117.    Anoka Defendants deny the allegations in Paragraph 102.1.

118.    Anoka Defendants deny the allegations in Paragraph 102.2.

119.    Anoka Defendants deny the allegations in Paragraph 102.3.

120.    Anoka Defendants deny the allegations in Paragraph 102.4.

121.    Anoka Defendants deny the allegations in Paragraph 102.5.

122.    Anoka Defendants deny the allegations in Paragraph 102.6.

123.    Anoka Defendants deny the allegations in Paragraph 102.7.

## AFFIRMATIVE AND OTHER DEFENSES

1.      One or more of Plaintiffs' claims fails to state a claim upon which relief can be granted against the Anoka Defendants.

2.      One or more of Plaintiffs' claims is barred by the equitable doctrines of waiver, estoppel, laches, and unclean hands.

3.      One or more of Plaintiffs' claims is barred by the applicable statute of limitations.

4.      One or more of Plaintiffs' claims is barred by the doctrines of res judicata and/or collateral estoppel.

5.      Plaintiffs' injuries, if any, were caused by their own actions, the actions of other named Defendants, or the actions of persons not named in this action.

6.      Plaintiffs' injuries, if any, were caused in part or in whole by their own contributory negligence.

7.      The Anoka Defendants allege that Plaintiffs failed to mitigate their damages, if any there were.

8.      The Anoka Defendants allege that they acted reasonably at all times based upon the resources and information available to them at the time of the alleged injury.

9.      The Anoka Defendants allege that they are not subject to a punitive damages claim, in part because Anoka County is a municipality.

10.     Plaintiffs' claims may be barred by some or all of the affirmative defenses

set forth in Rule 8(c) of the Federal Rules of Civil Procedure, which are incorporated herein by reference.

11.     Some or all of the Anoka Defendants are immune from liability under the doctrines of qualified immunity, official immunity, vicarious immunity, and/or statutory immunity among other forms of immunity as discovery may support.

12.     Plaintiffs' Complaint fails to meet the minimum pleading standards set forth in governing law and court rules.

13.     The Anoka Defendants reserve the right to assert additional affirmative defenses as this matter proceeds.

14.     The Anoka Defendants deny each and every material allegation that would purport to support a claim of liability against them.

WHEREFORE, the Anoka Defendants ask the Court to dismiss this action, to deny the relief sought by Plaintiffs, to enter judgment in the Anoka Defendants' favor, to award the Anoka Defendants their costs, disbursements, and attorneys' fees incurred in this action, and to order such other relief as the Court may deem just and equitable.

**BRAD JOHNSON**
**ANOKA COUNTY ATTORNEY**

Dated: <u>January 22, 2026</u>          By: <u>*s/ Leah J. Christenson*</u>
                                        Leah Christenson (#0504664)
                                        Assistant Anoka County Attorneys
                                        2100 Third Avenue
                                        Anoka, Minnesota 55303
                                        Telephone: (763) 324-5550

                                        *Attorneys for Defendants Brad Wise, Lucas Christofferson, and Richard Kreyer*