UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved,<br><br>Plaintiff,<br>v.<br><br>Brad Wise, et al.,<br><br>Defendant. | Court File No.  25-cv-4755 (NEB/JFD)<br><br>**DEFENDANT WILFORD, GESKE & COOKE, P.A.'S RULE 7.1 (a) CORPORATE DISCLOSURE STATEMENT DOCUMENT TITLE** |

Defendant Wilford, Geske, & Cook, P.A., by and through its attorneys, Meagher & Geer, P.L.L.P., provides the following Corporate Disclosure Statement pursuant to rule 7.1(a) of the Federal Rules of Civil Procedure:

Wilford, Geske & Cook, P.A., is a Minnesota corporation with no parent corporation. No publicly held corporation owns 10% or more of its stock.

Dated  January 26, 2026        By: */s/Megan K. Seavey*
                                                    M. Gregory Simpson (#204560)
                                                    Megan K. Seavey (#0402821)
                                                    Meagher + Geer, P.L.L.P.
                                                    33 South Sixth Street, Suite 4300
                                                    Minneapolis, MN  55402
                                                    Telephone  (612) 338-0661
                                                    Email:   gsimpson@meagher.com
                                                                   mseavey@meagher.com

                                                    *Attorneys for Defendant*
                                                    *Wilford, Geske & Cook, P.A.*