UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

       Plaintiff,

v.

Brad Wise, et al.,

       Defendant.

Court File No. 25-cv-4755 (NEB/JFD)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** the undersigned attorneys hereby notifies the Court and Plaintiffs that M. Gregory Simpson and Megan K. Seavey of Meagher & Geer, P.L.L.P., hereby enter an appearance as attorneys of record for Defendant Wilford, Geske & Cook, P.A. in the above-captioned matter. Please direct all further, pleadings, orders, notices, and other documents to the undersigned.

Dated January 27, 2026

By: */s Megan K. Seavey*
M. Gregory Simpson (#204560)
Megan K. Seavey (#0402821)
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4300
Minneapolis, MN 55402
Telephone: (612) 338-0661
Email:  gsimpson@meagher.com
           mseavey@meagher.com

*Attorneys for Defendant*
*Wilford, Geske, & Cooke, P.A.*