UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 0:25-cv-04755-NEB-JFD |
| Plaintiffs, | |
| v. | **DEFENDANT ONWARD FINANCING LLC'S ANSWER TO PLAINTIFFS' COMPLAINT** |
| Brad Wise, et al., | |
| Defendants. | |

Defendant Onward Financing LLC ("Defendant" or "Onward"), by and through it's undersigned counsel, Redford Law PA, for its Answer to Plaintiffs Douglas Kaltved and Jenna Kaltved's ("Plaintiffs") Complaint, states and alleges as follows. Onward denies each and every allegation in Plaintiffs' Complaint except as hereinafter expressly admitted, denied, qualified, or otherwise responded to herein.

**JURISDICTION AND VENUE**

1.   (a) The unenumerated paragraph above paragraph 1 of the Complaint alleges facts, legal conclusions and demands for relief. The alleged facts and legal conclusions are denied to the extent they are directed at Onward. The demands for relief, to the extent they are directed at Onward, are not warranted by the facts or law.

   (b) The enumerated paragraph 1 of the Complaint is a legal conclusion to which no response is required. If a response is required, then the allegations are denied as against Onward.

1

2. Paragraph 2 is a legal statement to which no response is required. If a response is required, then the allegations are denied as against Onward.

3. Responding to paragraph 3, Onward admits that venue is proper in this Court.

## PARTIES

4. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 4 of the Complaint.

5. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 5 of the Complaint.

6. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 6 of the Complaint.

7. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 7 of the Complaint.

8. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 8 of the Complaint.

9. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 9 of the Complaint.

10. Onward denies paragraph 10 of the Complaint. Onward affirmatively states that it is a Delaware limited liability duly registered and in good standing, and is also authorized to do business in Minnesota.

11. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 11 of the Complaint.

12. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 12 of the Complaint.

13. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 13 of the Complaint.

14. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 14 of the Complaint.

15. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 15 of the Complaint.

16. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 16 of the Complaint.

## INJURY IN FACT, CAUSATION, AND REDRESSABILITY

17. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 17 of the Complaint, and each of its subparts.

18. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 18 of the Complaint.

19. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 19 of the Complaint.

## THRESHOLD ISSUE OF STANDING

20. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 20 of the Complaint.

## DESCRIPTION OF PROPERTY

21.     Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 21 of the Complaint.

## FACTUAL ALLEGATIONS

22.     Exhibit B referenced in paragraph 22 of the Complaint speaks for itself, and as such, no responsive pleading is required.  If a response is required, then Onward denies the allegations in paragraph 22 of the Complaint.

23.     Exhibit B referenced in paragraph 23 of the Complaint speaks for itself, and as such, no responsive pleading is required.  If a response is required, then Onward denies the allegations in paragraph 23 of the Complaint.

24.     Exhibit C referenced in paragraph 24 of the Complaint speaks for itself, and as such, no responsive pleading is required.  If a response is required, then Onward denies the allegations in paragraph 24 of the Complaint.

25.     Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 25 of the Complaint.

26.     Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 26 of the Complaint.

27.     Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 27 of the Complaint.

28.     Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 28 of the Complaint.

29. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 29 of the Complaint.

30. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 30 of the Complaint.

31. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 31 of the Complaint.

32. Onward denies paragraph 32 of the Complaint. Onward affirmatively states that it was duly formed under the laws of the State of Delaware on May 24, 2017 and has continuously remained in good standing at all relevant times. Onward affirmatively states that it has been registered with the State of Minnesota as a foreign limited liability company since August 30, 2018 and has remained in good standing at all relevant times. Onward affirmatively states that it is and has been open for business at all relevant times. Onward denies the statements attributed to the "loan officer" identified in paragraph 32 and Exhibit U of the Complaint and affirmatively states that said "loan officer" is no longer employed by Onward, does not speak for Onward, and has no authority to speak on Onward's behalf. Onward denies that it is or at any relevant time was ever "closed," "inactive," "dormant," or that it "ceased operations" as alleged in paragraph 32 and Exhibit U of the Complaint and affirmatively states that the sources cited by Plaintiffs—Yelp and Crunchbase—are websites owned by third parties and do not constitute an official, let alone an accurate, record of Onward's status.

33. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 33 of the Complaint.

34. Exhibit G referenced in paragraph 34 of the Complaint speaks for itself and, as such, no responsive pleading is required. If a response is required, then Onward denies the allegations in paragraph 34 of the Complaint.

35. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 35 of the Complaint.

36. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 36 of the Complaint.

37. Exhibit H referenced in paragraph 37 of the Complaint speaks for itself and, as such, no responsive pleading is required. If a response is required, then Onward denies the allegations in paragraph 37 of the Complaint.

38. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 38 of the Complaint.

39. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 39 of the Complaint.

40. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 40 of the Complaint.

41. Exhibit N referenced in paragraph 41 of the Complaint speaks for itself, and as such, no responsive pleading is required. If a response is required, then Onward denies the allegations in paragraph 41 of the Complaint.

42. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 42 of the Complaint.

43. Exhibit J referenced in paragraph 43 of the Complaint speaks for itself, and as such, no responsive pleading is required. If a response is required, then Onward denies the allegations in paragraph 43 of the Complaint.

44. Onward denies paragraph 44 of the Complaint.

**PREEMPTIVE RESPONSE TO DEFENDANTS' ANTICIPATED DEFENSES**

45. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 45 of the Complaint. Further, paragraph 45 of the Complaint contains a legal conclusion to which no response is required.

46. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 46 of the Complaint. Further, paragraph 46 of the Complaint contains a legal conclusion to which no response is required.

47. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 47 of the Complaint. Further, paragraph 47 of the Complaint contains a legal conclusion to which no response is required.

48. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 48 of the Complaint. Further, paragraph 48 of the Complaint contains a legal conclusion to which no response is required.

49. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 49 of the Complaint. Further, paragraph 49 of the Complaint contains a legal conclusion to which no response is required.

50. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 50 of the Complaint. Further, paragraph 50 of the Complaint contains a legal conclusion to which no response is required.

51. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 51 of the Complaint. Further, paragraph 51 of the Complaint contains a legal conclusion to which no response is required.

52. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 52 of the Complaint. Further, paragraph 52 of the Complaint contains a legal conclusion to which no response is required.

53. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 53 of the Complaint. Further, paragraph 53 of the Complaint contains a legal conclusion to which no response is required.

54. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 54 of the Complaint. Further, paragraph 54 of the Complaint contains a legal conclusion to which no response is required.

55. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 55 of the Complaint. Further, paragraph 55 of the Complaint contains a legal conclusion to which no response is required.

56. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 56 of the Complaint. Further, paragraph 56 of the Complaint contains a legal conclusion to which no response is required.

**COUNT I – VIOLATION OF DUE PROCESS (42 U.S.C. § 1983)**
*(Against Sheriff Defendants Brad Wise, Lucas Christofferson and Richard Kreyer)*

57. No response is required to the allegation in paragraph 57.

58. Paragraph 58 of the Complaint contains a legal conclusion to which no response is required.

59. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 59 of the Complaint.

60. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 60 of the Complaint.

61. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 61 of the Complaint.

62. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 62 of the Complaint.

63. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 63 of the Complaint.

64. Paragraph 64 of the Complaint contains a legal conclusion to which no response is required.

65. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 65 of the Complaint. Further, paragraph 65 of the Complaint contains a legal conclusion to which no response is required.

66. Onward denies paragraph 66 of the Complaint.

67. Onward denies paragraph 67 of the Complaint, and each of its subparts.

## COUNT II – VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## (15 U.S.C. § 1692 ET. SEQ.)
*(Against Wilford, Geske & Cook P.A.; Cenlar FSB; AmeriHome Mortgage Company, LLC; ServiceMac, LLC; Jason Webb; Mackenzie Eichen)*

68. No response is required to the allegation in paragraph 68 of the Complaint.

69. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 69 of the Complaint.

70. Paragraph 70 of the Complaint contains a legal conclusion to which no response is required.

71. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 71 of the Complaint.

72. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 72 of the Complaint.

73. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 73 of the Complaint.

74. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 74 of the Complaint.

75. Onward denies paragraph 75 of the Complaint, and each of its subparts.

## COUNT III – CONSPIRACY TO DEPRIVE CONSTITUTIONAL RIGHTS
## (42 U.S.C. § 1983)
*(Against AmeriHome Mortgage Company, LLC; ServiceMac, LLC; Wilford, Geske & Cook, P.A.; MERS; Cenlar FSB; and Sheriff Brad Wise, Richard Kreyer, and Lucas Christofferson)*

76. No response is required to the allegation in paragraph 76 of the Complaint.

77. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 77 of the Complaint.

78. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 78 of the Complaint.

79. Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 79 of the Complaint, including each of its subparts.

80. Onward denies paragraph 80 of the Complaint.

81. Onward denies paragraph 81 of the Complaint.

**COUNT IV – WRONGFUL FORECLOSURE – LACK OF STANDING**
*(Against AmeriHome Mortgage Company, LLC; ServiceMac, LLC; Federal National Mortgage Association; MERS; Onward Financing, LLC; Jason Webb; Mackenzie Eichen)*

82. No response is required to the allegation in paragraph 82 of the Complaint.

83. Onward denies paragraph 83 of the Complaint.

84. Onward denies paragraph 84 of the Complaint.

85. Onward denies paragraph 85 of the Complaint.

86. Exhibit D speaks for itself and, as such, no responsive pleading is required. If a response is required, then Onward denies the allegations in paragraph 86 of the Complaint.

87. Onward denies paragraph 87 of the Complaint.

88. Onward denies paragraph 88 of the Complaint.

89. Onward denies paragraph 89 of the Complaint.

90. Onward denies paragraph 90 of the Complaint.

91.     Onward lacks knowledge or information sufficient to form a belief as to the truth of paragraph 91 of the Complaint.

92.     Paragraph 92 of the Complaint is a demand, not an allegation of fact, and therefore does not require a response other than Onward denies Plaintiffs are entitled to the requested relief.

93.     Onward denies paragraph 93 of the Complaint.

94.     Onward denies paragraph 94 of the Complaint, and each of its subparts.

## COUNT V – DECLARATORY JUDGMENT

95.     No response is required to the allegation in paragraph 95 of the Complaint.

96.     Onward denies paragraph 96 of the Complaint.

97.     Onward denies paragraph 97 of the Complaint.

98.     Onward denies paragraph 98 of the Complaint.

99.     Onward denies paragraph 99 of the Complaint.

100.    Onward denies paragraph 100 of the Complaint.

101.    Onward denies paragraph 101 of the Complaint.

102.    Onward denies paragraph 102 of the Complaint, and each of its subparts.

## AFFIRMATIVE DEFENSES

As and for its affirmative defenses in this matter, Onward hereby states and alleges as follows:

1.      Plaintiffs' Complaint fails to state, in whole or part, a claim upon which relief can be granted against Onward.

2. Plaintiffs' Complaint, or parts thereof, is or may be barred or limited by applicable operation of the doctrines of equitable estoppel, unclean hands, accord and satisfaction, novation, waiver, settlement, release, payment, and/or laches.

3. Plaintiffs' Complaint, or parts thereof, is barred by applicable operation of a statute of limitations, statute of frauds, and/or statute of repose.

4. Plaintiffs' Complaint, or parts thereof, is barred by the doctrines of res judicata and/or collateral estoppel.

5. Onward asserts all affirmative defenses required to be pled pursuant to Fed. R. Civ. P. 8(c) to Plaintiffs' Complaint.

6. Onward asserts all affirmative defenses that currently exist but are unknown at the present time, including all affirmative defenses that must be pled pursuant to Fed. R. Civ. P. 8(c) to Plaintiffs' Complaint.

7. Any damages alleged by Plaintiffs have been caused by, or were contributed by Plaintiffs' own acts, omissions, faults, assumptions of risk, misuse, or other wrongful conduct of Plaintiffs and/or the fault of others over whom Onward has no control.

8. Plaintiffs' claims are barred for lack of subject matter jurisdiction, including but not limited to the *Rooker-Feldman* doctrine.

9. Onward reserves the right to add additional affirmative and other defenses, the right to add additional parties, and to amend pleadings, as discovery has not yet started, subject to any scheduling order by the court setting deadlines for the same.

## **PRAYER FOR RELIEF**

WHEREFORE, Onward requests that the Court order:

1. That Plaintiffs' Complaint be DISMISSED with prejudice;

2. That Onward be awarded its costs and disbursements incurred herein, including reasonable attorneys' fees; and

3. For such other and additional relief as the Court deems just and equitable.

**REDFORD LAW PA**

Dated: January 28, 2026         /s/ Shaun Redford
Shaun Redford, #390127
Redford Law PA
7201 Ohms Lane, Suite 210
Edina, MN 55439
shaun@redfordlaw.com
(952) 224-3644
*Attorney for Defendant Onward Financing LLC*