UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Douglas Kaltved and Jenna Kaltved,

        Plaintiffs,

v.

Brad Wise, et al.,

        Defendants.

Case Number: 0:25-cv-04755-NEB-JFD

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF ONWARD FINANCING LLC**

---

Defendant Onward Financing LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

Onward Financing LLC, a Delaware limited liability company, is wholly owned by parent company Onward Enterprises, LLC, a Delaware limited liability company. No publicly held corporation owns 10% or more of the stock (membership units) of Onward Financing LLC.

**REDFORD LAW PA**

Dated: January 28, 2026

/s/ Shaun Redford
Shaun Redford, #390127
Redford Law PA
7201 Ohms Lane, Suite 210
Edina, MN 55439
shaun@redfordlaw.com
(952) 224-3644
*Attorney for Defendant Onward Financing LLC*