# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

    Plaintiffs,

v.

Brad Wise, et al.,

    Defendants.

Case Number: 0:25-cv-04755-NEB-JFD

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that Shaun Redford shall appear as counsel of record for Defendant Onward Financing LLC in this case.

**REDFORD LAW PA**

Dated: January 26, 2026

/s/ Shaun Redford
Shaun Redford, #390127
Redford Law PA
7201 Ohms Lane, Suite 210
Edina, MN 55439
shaun@redfordlaw.com
(952) 224-3644
*Attorney for Defendant Onward Financing LLC*

1