# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Case Number: 0:25-cv-04755-NEB-JFD

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

**AFFIDAVIT OF SERVICE BY MAIL**

v.

Brad Wise, et al.,

      Defendants.

---

Natalie McCully, of Redford Law PA, being duly sworn, states:

I hereby certify that on January 28, 2026, I served **Defendant Onward Financing LLC's Answer to Plaintiffs' Complaint** upon Plaintiffs Douglas Kaltved and Jenna Kaltved by placing an exact copy of the document into an envelope addressed to the Plaintiffs at the addresses indicated below:

> Douglas Kaltved
> 15581 Iodine Street NW
> Ramsey, MN 55303

> Jenna Kaltved
> 15581 Iodine Street NW
> Ramsey, MN 55303

after affixing postage in the appropriate amount and placing the envelopes in the United States Mail at the City of Edina, Minnesota.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: <u>January 28, 2026</u>       /s/ Natalie McCully
                                              Natalie McCully

Signed in the County of Hennepin
State of Minnesota