## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

v.

Brad Wise, et al.,

      Defendants.

Case No.: 25-cv-4755 (NEB/JFD)

**DEFENDANTS AMERIHOME AND SERVICEMAC'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Local Rules of this Court, Defendants AmeriHome Mortgage Company, LLC, and ServiceMac, LLC, by and through their undersigned attorneys, hereby move the Court for an Order dismissing Plaintiffs Douglas Kaltved and Jenna Kaltved's Complaint with prejudice on the merits.

This Motion is based on the accompanying memorandum of law, all of the files, records, and proceedings herein, such argument as may be presented to the Court, and all matters of which the Court may take judicial notice.

Respectfully submitted,

Dated: February 10, 2026

HINSHAW & CULBERTSON LLP

By:   *s/Annie Santos*
      M. Annie Santos, Reg. No. 0389206
      250 Nicollet Mall, Suite 1150
      Minneapolis, MN  55401
      Telephone:  612-333-3434
      Fax:  612-334-8888
      asantos@hinshawlaw.com

      ATTORNEYS FOR AMERIHOME AND SERVICEMAC