## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | **DEFENDANTS AMERIHOME AND SERVICEMAC'S NOTICE OF HEARING ON MOTION TO DISMISS** |
| v. | |
| Brad Wise, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants AmeriHome Mortgage Company, LLC and ServiceMac, LLC's Motion to Dismiss will be brought before the Honorable Nancy E. Brasel, Judge of the United States District Court, on a date and time to be determined, in Courtroom 13W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated:  February 10, 2026

HINSHAW & CULBERTSON LLP

By:   *s/Annie Santos*
M. Annie Santos, Reg. No. 0389206
250 Nicollet Mall, Suite 1150
Minneapolis, MN  55401
Telephone:  612-333-3434
Fax:  612-334-8888
asantos@hinshawlaw.com

ATTORNEYS FOR AMERIHOME AND SERVICEMAC