**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Brad Wise, et al.,<br><br>　　　　Defendants. | Case No.: 25-cv-4755 (NEB/JFD)<br><br>**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS AMERIHOME AND SERVICEMAC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS** |

I, M. Annie Santos, certify that Defendants AmeriHome and ServiceMac's Memorandum of Law in Support of Motion to Dismiss complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, I used Word for Microsoft 365 Version 2601, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 2,848 words.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  February 10, 2025　　　　　HINSHAW & CULBERTSON LLP

　　　　　　　　　　　　　By:　*s/Annie Santos*
　　　　　　　　　　　　　　　　M. Annie Santos, Reg. No. 0389206
　　　　　　　　　　　　　　　　250 Nicollet Mall, Suite 1150
　　　　　　　　　　　　　　　　Minneapolis, MN  55401
　　　　　　　　　　　　　　　　Telephone:  612-333-3434
　　　　　　　　　　　　　　　　Fax:  612-334-8888
　　　　　　　　　　　　　　　　asantos@hinshawlaw.com

　　　　　　　　　　　　　　　　ATTORNEYS FOR AMERIHOME AND SERVICEMAC