## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Brad Wise, et al.,<br><br>　　　　Defendants. | Case No.: 25-cv-4755 (NEB/JFD)<br><br>**DEFENDANTS AMERIHOME AND SERVICEMAC'S MEET AND CONFER STATEMENT REGARDING THEIR MOTION TO DISMISS** |

　　　　I hereby certify that counsel for Defendants AmeriHome Mortgage Company, LLC (**AmeriHome**), and ServiceMac, LLC (**ServiceMac**) left a voicemail message with Jenna Kaltved on February 10, 2026, in an effort to resolve the issues raised by AmeriHome and ServiceMac in their motion to dismiss, but have not been able to confer as of the filing of this motion. Counsel for Amerihome and ServiceMac will supplement this statement as appropriate once the parties meet and confer concerning the motion.

Dated:  February 10, 2026　　　　　　　HINSHAW & CULBERTSON LLP

　　　　　　　　　　　　　　　By:　*s/Annie Santos*
　　　　　　　　　　　　　　　　　　M. Annie Santos, Reg. No. 0389206
　　　　　　　　　　　　　　　　　　250 Nicollet Mall, Suite 1150
　　　　　　　　　　　　　　　　　　Minneapolis, MN  55401
　　　　　　　　　　　　　　　　　　Telephone:  612-333-3434
　　　　　　　　　　　　　　　　　　Fax:  612-334-8888
　　　　　　　　　　　　　　　　　　asantos@hinshawlaw.com

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR AMERIHOME AND SERVICEMAC