**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved,<br><br>        Plaintiffs,<br><br>v.<br><br>Brad Wise, et al.,<br><br>        Defendants. | Case No.: 25-cv-4755 (NEB/JFD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AMERIHOME AND SERVICEMAC'S MOTION TO DISMISS** |

Based upon the files, records, and proceedings herein, as well as the arguments of counsel, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendants AmeriHome Mortgage Company, LLC, (**AmeriHome**) and ServiceMac, LLC's (**ServiceMac**) Motion to Dismiss is GRANTED in full, and Plaintiffs Douglas Kaltved and Jenna Kaltved's claims against AmeriHome and ServiceMac are DISMISSED with prejudice and on the merits.

**BY THE COURT**:

Dated: _____

                                                  Honorable Nancy E. Brasel
                                                  Judge of U.S. District Court