UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Douglas Kaltved and Jenna Kaltved,   Court File No.  25-cv-4755 (NEB/JFD)

      Plaintiff,

v.

Brad Wise, et al.,   **NOTICE OF APPEARANCE**

      Defendant.

---

**PLEASE TAKE NOTICE** the undersigned attorney hereby notifies the Court and Plaintiffs that Brian A. Gravely of Meagher & Geer, P.L.L.P., hereby enter an appearance as attorneys of record for Defendant Mackenzie Eichen in the above-captioned matter. Please direct all further, pleadings, orders, notices, and other documents to the undersigned.

Dated  February 20, 2026      By:  */s Brian A. Gravely*
      Brian A. Gravely (#0336749)
      Meagher & Geer, P.L.L.P.
      33 South Sixth Street, Suite 4300
      Minneapolis, MN  55402
      Telephone: (612) 347-9180
      Email:   bgravely@meagher.com

      ***Attorney for Defendant Mackenzie Eichen***