# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS AMERIHOME, SERVICEMAC, MERS, AND FANNIE MAE'S MEMORANDUM OF LAW OPPOSING PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN STATE EVICTION PROCEEDINGS** |
| v. | |
| Brad Wise, et al., | |
| Defendants. | |

I, M. Annie Santos, certify that Defendants AmeriHome Mortgage Company, LLC, ServiceMac, LLC, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association's Memorandum of Law Opposing Plaintiffs Douglas Kaltved and Jenna Kaltved's Emergency Motion for Preliminary Injunction to Enjoin State Eviction Proceedings complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, I used Word for Microsoft 365 Version 2601, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 3,488 words.

**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM OF LAW**    **Page 1 of 2**
**OPPOSING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN STATE EVICTION PROCEEDINGS**
Court No. 25-cv-4755 (NEB/JFD); *Douglas Kaltved and Jenna Kaltved v. Brad Wise, et al.*

Respectfully submitted,

Dated:  March 4, 2026   HINSHAW & CULBERTSON LLP

By: _s/Annie Santos_
   M. Annie Santos, Reg. No. 0389206
   250 Nicollet Mall, Suite 1150
   Minneapolis, MN  55401
   Telephone:  612-333-3434
   Fax:  612-334-8888
   asantos@hinshawlaw.com

   ATTORNEYS FOR AMERIHOME,
   SERVICEMAC, MERS, AND FANNIE MAE

**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM OF LAW** **Page 2 of 2**
**OPPOSING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN STATE EVICTION PROCEEDINGS**
Court No. 25-cv-4755 (NEB/JFD); *Douglas Kaltved and Jenna Kaltved v. Brad Wise, et al.*