

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

March 5, 2026

Douglas Kaltved
15581 Iodine Street NW
Ramsey, MN 55303

Jenna Kaltved
15581 Iodine Street NW
Ramsey, MN 55303

Case Number: 25-cv-4755 NEB/JFD

Re: Kaltved et al v. Wise et al

Greetings,

The Clerk's Office received your application for entry of default.

The Clerk's Office is unable to grant the relief you are requesting.

Respectfully,
**Kate M. Fogarty, Clerk**