UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Jenna Kaltved and Douglas Kaltved,

Plaintiffs,

v. Case No. 0:25-cv-04755-NEB-JFD

Brad Wise et al.,

Defendants.

**MEET-AND-CONFER STATEMENT REGARDING MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF Nos. 3 & 41)**

Plaintiffs Jenna Kaltved and Douglas Kaltved, pro se, submit this statement pursuant to D. Minn. LR 7.1(a).

On March 3, 2026, Plaintiffs emailed counsel for all appeared defendants requesting meet-and-confer regarding the pending motions for temporary restraining order and preliminary injunction (ECF Nos. 3 & 41). The motions seek immediate relief to prevent irreparable harm from the disputed July 1, 2025 foreclosure sale and any further enforcement actions.

Responses were received as follows:

- Anoka County Sheriff defendants (Exhibit A – no opposition to the motions, as their role is purely ministerial under Minnesota law).

- Meagher & Geer, P.L.L.P. (Mackenzie Eichen – Exhibit B – no opposition stated).

- Redford Law PA (Onward Financing LLC – Exhibit C – no position on the motions).

- Husch Blackwell LLP (Cenlar FSB and Jason Webb – Exhibit D – non-consent to the requested relief, contending the motions do not seek injunctive relief against their clients).

- Hinshaw & Culbertson LLP (AmeriHome Mortgage Company, LLC and ServiceMac, LLC – Exhibit E – opposition on res judicata grounds and lack of likelihood of success on the merits).

- Meagher & Geer, P.L.L.P. (Wilford, Geske & Cook, P.A. – Exhibit F – no response received).

No agreement was reached. Plaintiffs attempted to confer in good faith but received opposition, non-consent, or no response from counsel.

Dated: March 5, 2026

Respectfully submitted,

Douglas Kaltved, Pro Se Plaintiff

Jenna Kaltved, Pro Se Plaintiff

## Certificate of Service

I certify that on March 5, 2026, a true and correct copy of this Meet-and-Confer Statement was filed electronically through the CM/ECF system, which will automatically serve notice of this filing on all registered participants in this case.

Jenna Kaltved