Jenna Kaltved <jennaione@gmail.com>

---

**Meet-and-Confer Request – Case No. 0:25-cv-04755-NEB-JFD – Pending TRO/PI/Toll Redemption Period Motions (ECF Nos. 3 & 41)**
3 messages

---

**Jenna Kaltved** <jennaione@gmail.com>                                    Tue, Mar 3, 2026 at 1:13 PM
To: jason.stover@anokacountymn.gov, leah.christenson@anokacountymn.gov

Dear Jason Stover and Leah Christenson,

Pursuant to D. Minn. LR 7.1(a), I am attempting to meet and confer regarding my pending motions for temporary restraining order and preliminary injunction with tolling the redemption period (ECF Nos. 3 & 41).

The motions seek immediate relief to prevent irreparable harm from the disputed July 1, 2025 foreclosure sale and any further enforcement actions. I believe the motions are well-supported by the complaint, exhibits, and applicable law (Minn. Stat. § 580.02 strict compliance, UCC § 3-301 PETE status, § 1983 due process).

Do you consent to the requested relief, or do you oppose? If you oppose, please state your grounds so we can attempt to narrow or resolve the issues informally.

Please respond by March 5, 2026 (or sooner if possible). If I do not hear back, I will note in any filing that I attempted to meet and confer in good faith but received no response.

Thank you.

Sincerely,

Jenna Kaltved
jennaione@gmail.com
(612) 987-7104
Pro Se Plaintiff

---

**Leah Christenson** <Leah.Christenson@anokacountymn.gov>                    Tue, Mar 3, 2026 at 2:18 PM
To: Jenna Kaltved <jennaione@gmail.com>, Jason Stover <Jason.Stover@anokacountymn.gov>

Good afternoon, Ms. Kaltved

We do not intend to oppose your motions for a temporary restraining order and preliminary injunction. For the sheriffs, our role in a foreclosure proceeding is purely ministerial according to Minnesota law; we have no interest in the outcome of your motions as we are not a party to the foreclosure itself.

Thank you,

Leah

**Leah Christenson**

*Assistant County Attorney*

*Anoka County Attorney's Office*

2100 Third Avenue, Suite 720

Anoka, MN 55303

**Direct:** (763) 324-5484

**Email**: Leah.Christenson@anokacountymn.gov

---

**From:** Jenna Kaltved <jennaione@gmail.com>
**Sent:** Tuesday, March 3, 2026 1:14 PM
**To:** Jason Stover <Jason.Stover@anokacountymn.gov>; Leah Christenson <Leah.Christenson@anokacountymn.gov>
**Subject:** Meet-and-Confer Request – Case No. 0:25-cv-04755-NEB-JFD – Pending TRO/PI/Toll Redemption Period Motions (ECF Nos. 3 & 41)

You don't often get email from jennaione@gmail.com. Learn why this is important

> **EXTERNAL EMAIL ALERT:** This message originated from outside the Anoka County email system. **Use Caution** when clicking hyperlinks, downloading pictures or opening attachments.

[Quoted text hidden]

---

NOTICE: Unless restricted by law, email correspondence to and from Anoka County government offices may be public data subject to the Minnesota Data Practices Act and/or may be disclosed to third parties.

---

**Jenna Kaltved** <jennaione@gmail.com>                                    Tue, Mar 3, 2026 at 3:31 PM

To: Leah Christenson <Leah.Christenson@anokacountymn.gov>

Thanks for your prompt response.

Make it a great day!

Jenna Kaltved

612-987-7104

[Quoted text hidden]