

**RE: Meet-and-Confer Request – Case No. 0:25-cv-04755-NEB-JFD – Pending TRO/PI/Toll Redemption Period Motions (ECF Nos. 3 & 41) [MG-LEGAL.62408.00001]**

1 message

**Brian A. Gravely** <bgravely@meagher.com>                                    Wed, Mar 4, 2026 at 8:04 AM
To: Jenna Kaltved <jennaione@gmail.com>
Cc: Carolyn Unger <Cunger@meagher.com>, Ben Ekstein <bekstein@meagher.com>, Gregory Simpson <gsimpson@meagher.com>, "Megan K. Seavey" <mseavey@meagher.com>

Dear Ms. Kaltved,


In consultation with my client, we take no position on your Motion for a TRO and/or Injunction. We will not be filing any paperwork in support or in opposition to your Motion. Given that position, we do not believe we need to Meet and Confer. But I am always available if you would like to discuss the issues in the case.


Sincerely,



**Brian A. Gravely** | Of Counsel
Meagher + Geer, P.L.L.P.
33 South Sixth Street, Suite 4300 | Minneapolis, Minnesota 55402
DIRECT: 612.347.9180 | FAX: 612.338.8384
bgravely@meagher.com | meagher.com | Bio

---

**From:** Jenna Kaltved <jennaione@gmail.com>
**Sent:** Tuesday, March 3, 2026 1:17 PM
**To:** Brian A. Gravely <bgravely@meagher.com>
**Subject:** Meet-and-Confer Request – Case No. 0:25-cv-04755-NEB-JFD – Pending TRO/PI/Toll Redemption Period Motions (ECF Nos. 3 & 41)


You don't often get email from jennaione@gmail.com. Learn why this is important

Dear Brian Gravely,

Pursuant to D. Minn. LR 7.1(a), I am attempting to meet and confer regarding my pending motions for temporary restraining order and preliminary injunction with tolling the redemption period (ECF Nos. 3 & 41).

The motions seek immediate relief to prevent irreparable harm from the disputed July 1, 2025 foreclosure sale and any further enforcement actions. I believe the motions are well-supported by the complaint, exhibits, and applicable law (Minn. Stat. § 580.02 strict compliance, UCC § 3-301 PETE status, § 1983 due process).

Do you consent to the requested relief, or do you oppose? If you oppose, please state your grounds so we can attempt to narrow or resolve the issues informally.

Please respond by March 5, 2026 (or sooner if possible). If I do not hear back, I will note in any filing that I attempted to meet and confer in good faith but received no response.

Thank you.

Sincerely,

Jenna Kaltved

jennaione@gmail.com

(612) 987-7104

Pro Se Plaintiff