M Gmail

---

## Meet-and-Confer Request – Case No. 0:25-cv-04755-NEB-JFD – Pending TRO/PI/Toll Redemption Period Motions (ECF Nos. 3 & 41)

3 messages

---

**Jenna Kaltved** <jennaione@gmail.com>                          Tue, Mar 3, 2026 at 1:18 PM
To: "Kruse, Natalia" <Natalia.Kruse@huschblackwell.com>

Dear Natalia S. Kruse,

Pursuant to D. Minn. LR 7.1(a), I am attempting to meet and confer regarding my pending motions for temporary restraining order and preliminary injunction with tolling the redemption period (ECF Nos. 3 & 41).

The motions seek immediate relief to prevent irreparable harm from the disputed July 1, 2025 foreclosure sale and any further enforcement actions. I believe the motions are well-supported by the complaint, exhibits, and applicable law (Minn. Stat. § 580.02 strict compliance, UCC § 3-301 PETE status, § 1983 due process).

Do you consent to the requested relief, or do you oppose? If you oppose, please state your grounds so we can attempt to narrow or resolve the issues informally.

Please respond by March 5, 2026 (or sooner if possible). If I do not hear back, I will note in any filing that I attempted to meet and confer in good faith but received no response.

Thank you.

Sincerely,

Jenna Kaltved
jennaione@gmail.com
(612) 987-7104
Pro Se Plaintiff

---

**Kruse, Natalia** <Natalia.Kruse@huschblackwell.com>              Wed, Mar 4, 2026 at 5:34 PM
To: Jenna Kaltved <jennaione@gmail.com>

Hi Ms. Kaltved,


Thank you for your email.  As we understand your pending motions for temporary restraining order and preliminary injunction, they do not seek any injunctive relief against our clients, Cenlar and Jason Webb.  For that reason, we cannot and do not consent to the requested relief.


If you believe we have misunderstood the scope of the motions as they relate to our clients, please let me know.


Thanks,

Natalia


**Natalia Kruse**

**Partner**

Direct: 612-852-2730

Natalia.Kruse@huschblackwell.com

---

**From:** Jenna Kaltved <jennaione@gmail.com>
**Sent:** Tuesday, March 3, 2026 1:18 PM
**To:** Kruse, Natalia <Natalia.Kruse@huschblackwell.com>
**Subject:** Meet-and-Confer Request – Case No. 0:25-cv-04755-NEB-JFD – Pending TRO/PI/Toll Redemption Period Motions (ECF Nos. 3 & 41)

[EXTERNAL EMAIL]

[Quoted text hidden]

---

**Jenna Kaltved** <jennaione@gmail.com>                                          Wed, Mar 4, 2026 at 9:09 PM
To: "Kruse, Natalia" <Natalia.Kruse@huschblackwell.com>

Dear Ms. Kruse,

Thank you for your response.

The TRO/PI motions seek to prevent irreparable harm from the disputed foreclosure sale and any related enforcement actions. To the extent any actions by Cenlar or Mr. Webb could contribute to or result from that harm, the motions are intended to preserve the status quo pending resolution of the validity issues in this case.

I will note your position in the meet-and-confer statement to the Court.

Thank you.

Sincerely, Jenna Kaltved

[Quoted text hidden]