
## Meet-and-Confer Request – Case No. 0:25-cv-04755-NEB-JFD – Pending TRO/PI/Toll Redemption Period Motions (ECF Nos. 3 & 41)

3 messages

---

**Jenna Kaltved** <jennaione@gmail.com>      Tue, Mar 3, 2026 at 1:19 PM
To: asantos@hinshawlaw.com

Dear Margaret Ann Santos,

Pursuant to D. Minn. LR 7.1(a), I am attempting to meet and confer regarding my pending motions for temporary restraining order and preliminary injunction with tolling the redemption period (ECF Nos. 3 & 41).

The motions seek immediate relief to prevent irreparable harm from the disputed July 1, 2025 foreclosure sale and any further enforcement actions. I believe the motions are well-supported by the complaint, exhibits, and applicable law (Minn. Stat. § 580.02 strict compliance, UCC § 3-301 PETE status, § 1983 due process).

Do you consent to the requested relief, or do you oppose? If you oppose, please state your grounds so we can attempt to narrow or resolve the issues informally.

Please respond by March 5, 2026 (or sooner if possible). If I do not hear back, I will note in any filing that I attempted to meet and confer in good faith but received no response.

Thank you.

Sincerely,

Jenna Kaltved
jennaione@gmail.com
(612) 987-7104
Pro Se Plaintiff

---

**Santos, M. Annie** <ASantos@hinshawlaw.com>      Tue, Mar 3, 2026 at 4:32 PM
To: Jenna Kaltved <jennaione@gmail.com>
Cc: "Zopelis, Heather" <hzopelis@hinshawlaw.com>

Ms. Kaltved,

We are opposed to your motions for a temporary restraining order and for preliminary injunction. As set out in ServiceMac and AmeriHome's motion to dismiss, we contend the doctrine of res judicata bars your claims in this case arising from the underlying loan agreement. Your requests for injunctive relief similarly fail because you cannot establish a likelihood of success on the merits.

We have been retained by both MERS and Fannie Mae and intend to file a similar motion on their behalf. Let us know if you are opposed to a request the court dismiss the claims against MERS and Fannie Mae pursuant to rule 12(b)(6).

Thank you.

**M. Annie Santos** *(she/her/herself)*

Partner

**Hinshaw & Culbertson LLP**

250 Nicollet Mall, Suite 1150, Minneapolis, MN 55401

**O:** 612-334-2540 | **F:** 612-334-8888

ASantos@hinshawlaw.com

My Bio | hinshawlaw.com | in f X ◎



Proudly
**MANSFIELD RULE
CERTIFIED** *PLUS*

---

**From:** Jenna Kaltved <jennaione@gmail.com>
**Sent:** Tuesday, March 03, 2026 1:19 PM
**To:** Santos, M. Annie <ASantos@hinshawlaw.com>
**Subject:** Meet-and-Confer Request – Case No. 0:25-cv-04755-NEB-JFD – Pending TRO/PI/Toll Redemption Period Motions (ECF Nos. 3 & 41)

---

[Quoted text hidden]

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

**Jenna Kaltved** <jennaione@gmail.com>                                          Tue, Mar 3, 2026 at 10:55 PM
To: "Santos, M. Annie" <ASantos@hinshawlaw.com>
Cc: "Zopelis, Heather" <hzopelis@hinshawlaw.com>

Dear Ms. Santos,

Thank you for your email.

I do not consent to dismissal of any claims against MERS or Fannie Mae (or any other defendant). All claims are contested.

I note your opposition to the pending TRO/PI motions (ECF Nos. 3 & 41) on res judicata grounds. I will proceed accordingly.

Sincerely, Jenna Kaltved


[Quoted text hidden]