# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

v.

Brad Wise, et al.,

      Defendants.

Case No.: 25-cv-4755 (NEB/JFD)

**AFFIDAVIT OF SERVICE BY E-MAIL**

Matthew W. Lindsey of Hinshaw & Culbertson LLP states:

I hereby certify that on March 5, 2026, I served **Defendants AmeriHome Mortgage Company, LLC, ServiceMac, LLC, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association's Memorandum of Law Opposing Plaintiffs' Emergency Motion for Preliminary Injunction to Enjoin State Eviction Proceedings** upon Plaintiffs Douglas Kaltved and Jenna Kaltved by emailing an exact copy to the Plaintiffs as indicated below:

Douglas Kaltved
Jenna Kaltved
15581 Iodine Street NW
Ramsey, MN 55303
jennaione@gmail.com

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: March 6, 2026

*/s/ Matthew W. Lindsey*
Matthew W. Lindsey

1