UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Court File No.  25-cv-4755 (NEB/JFD) |
| Plaintiff, | |
| v. | **DEFENDANT WILFORD, GESKE, & COOKE P.A.'S MEMORANDUM IN RESPONSE TO PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER TO ENJOIN STATE EVICTION PROCEEDINGS** |
| Brad Wise, et al., | |
| Defendant. | |

Defendant Wilford, Geske & Cooke, P.A. does not take a position on Plaintiffs Douglas and Jenna Kaltved's Emergency Motion for Temporary Restraining Order to Enjoin State Eviction Proceedings.

Dated  March 10, 2026

By:  s/ *Megan K. Seavey*

M. Gregory Simpson (#204560)
Megan K. Seavey (#0402821)
Meagher + Geer, P.L.L.P.
33 South Sixth Street, Suite 4300
Minneapolis, MN  55402
Telephone  (612) 338-0661
Email:  gsimpson@meagher.com
            mseavey@meagher.com

*Attorneys for Defendant Wilford, Geske & Cook, P.A.*