**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | **DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION'S NOTICE OF HEARING ON MOTION TO DISMISS** |
| v. | |
| Brad Wise, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant Federal National Mortgage Association's Motion to Dismiss will be brought before the Honorable Nancy E. Brasel, Judge of the United States District Court, on a date and time to be determined, in Courtroom 13W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated: March 13, 2026    HINSHAW & CULBERTSON LLP


By:   *s/Annie Santos*
M. Annie Santos, Reg. No. 0389206
250 Nicollet Mall, Suite 1150
Minneapolis, MN  55401
Telephone:  612-333-3434
Fax:  612-334-8888
asantos@hinshawlaw.com

ATTORNEYS FOR DEFENDANT FEDERAL
NATIONAL MORTGAGE ASSOCIATION