# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | |
| v. | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION TO DISMISS MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS** |
| Brad Wise, et al., | |
| Defendants. | |

I, M. Annie Santos, certify that Defendant Federal National Mortgage Association's Motion to Dismiss Memorandum of Law in Support of Motion to Dismiss complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, I used Word for Microsoft 365 Version 2601, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 2,844 words.

Respectfully submitted,

Dated:  March 13, 2026          HINSHAW & CULBERTSON LLP


By:   *s/Annie Santos*
       M. Annie Santos, Reg. No. 0389206
       250 Nicollet Mall, Suite 1150
       Minneapolis, MN  55401
       Telephone:  612-333-3434
       Fax:  612-334-8888
       asantos@hinshawlaw.com

       ATTORNEYS FOR DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION