# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved,<br><br>    Plaintiffs,<br><br>v.<br><br>Brad Wise, et al.,<br><br>    Defendants. | Case No.: 25-cv-4755 (NEB/JFD)<br><br>**DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MEET AND CONFER STATEMENT REGARDING ITS MOTION TO DISMISS** |

I hereby certify that counsel for Defendant Federal National Mortgage Association (**Fannie Mae**) emailed Jenna Kaltved on March 3, 2026, in an effort to resolve the issues raised by Fannie Mae in its motion to dismiss, and Ms. Kaltved responded the same day stating she opposes the dismissal of any claims against Fannie Mae.

Dated:  March 13, 2026        HINSHAW & CULBERTSON LLP


By:   *s/Annie Santos*
          M. Annie Santos, Reg. No. 0389206
          250 Nicollet Mall, Suite 1150
          Minneapolis, MN  55401
          Telephone:  612-333-3434
          Fax:  612-334-8888
          asantos@hinshawlaw.com

          ATTORNEYS FOR DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION