**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION TO DISMISS** |
| v. | |
| Brad Wise, et al., | |
| Defendants. | |

Based upon the files, records, and proceedings herein, as well as the arguments of counsel, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Federal National Mortgage Association's (**Fannie Mae**) Motion to Dismiss is GRANTED in full, and Plaintiffs Douglas Kaltved and Jenna Kaltved's claims against Fannie Mae are DISMISSED with prejudice and on the merits.

**BY THE COURT**:

Dated: _____

_____
Honorable Nancy E. Brasel
Judge of U.S. District Court