# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | **DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS** |
| v. | |
| Brad Wise, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Local Rules of this Court, Defendant Mortgage Electronic Registration Systems, Inc., by and through its undersigned attorneys, hereby moves the Court for an Order dismissing Plaintiffs Douglas Kaltved and Jenna Kaltved's Complaint with prejudice on the merits.

This Motion is based on the accompanying memorandum of law, all of the files, records, and proceedings herein, such argument as may be presented to the Court, and all matters of which the Court may take judicial notice.

Respectfully submitted,

Dated:  March 13, 2026          HINSHAW & CULBERTSON LLP

By:   _s/Annie Santos_
M. Annie Santos, Reg. No. 0389206
250 Nicollet Mall, Suite 1150
Minneapolis, MN  55401
Telephone:  612-333-3434
Fax:  612-334-8888
asantos@hinshawlaw.com

ATTORNEYS FOR DEFENDANT
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.