## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | **DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S NOTICE OF HEARING ON MOTION TO DISMISS** |
| v. | |
| Brad Wise, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss will be brought before the Honorable Nancy E. Brasel, Judge of the United States District Court, on a date and time to be determined, in Courtroom 13W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated:  March 13, 2026          HINSHAW & CULBERTSON LLP

By:    *s/Annie Santos*
                M. Annie Santos, Reg. No. 0389206
                250 Nicollet Mall, Suite 1150
                Minneapolis, MN  55401
                Telephone:  612-333-3434
                Fax:  612-334-8888
                asantos@hinshawlaw.com

                ATTORNEYS FOR DEFENDANT
                MORTGAGE ELECTRONIC
                REGISTRATION SYSTEMS, INC.