**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| Brad Wise, et al., | |
| Defendants. | |

---

I, M. Annie Santos, certify that Defendant Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss Memorandum of Law in Support of Motion to Dismiss complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, I used Word for Microsoft 365 Version 2601, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 2,840 words.

Respectfully submitted,

Dated:  March 13, 2026          HINSHAW & CULBERTSON LLP

By:  ___*s/Annie Santos*___
M. Annie Santos, Reg. No. 0389206
250 Nicollet Mall, Suite 1150
Minneapolis, MN  55401
Telephone:  612-333-3434
Fax:  612-334-8888
asantos@hinshawlaw.com

ATTORNEYS FOR DEFENDANT
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.