## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

      v.

Brad Wise, et al.,

      Defendants.

Case No.: 0:25-cv-04755-NEB-JFD

## DEFENDANTS CENLAR FSB AND JASON WEBB'S MOTION TO DISMISS

Defendants Cenlar FSB and Jason Webb ("Defendants") hereby move the United States District Court for the District of Minnesota for an order dismissing Plaintiffs' claims against Defendants with prejudice, and for such other and further relief as the Court may deem just and proper. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated this 20th day of March, 2026.

HUSCH BLACKWELL LLP
Attorneys for Defendants Cenlar FSB and Jason Webb

By:   s/ Natalia S. Kruse
     Natalia S. Kruse, 0504307
     80 South 8th Street, Suite 4800
     Minneapolis, Minnesota 55402
     612.852.2700
     612.852.2701 (fax)
     Natalia.Kruse@huschblackwell.com