## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

      v.

                                    Case No.: 0:25-cv-04755-NEB-JFD

Brad Wise, et al.,

      Defendants.

## NOTICE OF HEARING ON DEFENDANTS CENLAR FSB AND JASON WEBB'S MOTION TO DISMISS

PLEASE TAKE NOTICE that a hearing on Defendants Cenlar FSB and Jason Webb's Motion to Dismiss will take place on **May 18, 2026, at 10:00 A.M.** in Courtroom 13W at the U.S. Courthouse, Minneapolis Building, 300 South Fourth Street, Minneapolis, MN 55415, before the Honorable Nancy E. Brasel, U.S. District Judge. Defendants Cenlar FSB and Jason Webb will move the Court for an Order to dismiss Plaintiffs' claims against them with prejudice and for any further relief as the Court may deem just and proper.

Dated this 20th day of March, 2026.

HUSCH BLACKWELL LLP
Attorneys for Defendants Cenlar FSB and
Jason Webb

By:   s/ Natalia S. Kruse
      Natalia S. Kruse, 0504307
      80 South 8th Street, Suite 4800
      Minneapolis, Minnesota 55402
      612.852.2700
      612.852.2701 (fax)
      Natalia.Kruse@huschblackwell.com