UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

Plaintiffs,

v.

Brad Wise et al.,

Defendants.

Case No. 0:25-cv-04755-NEB-JFD

**ORDER GRANTING LIMITED DISCOVERY**

This matter is before the Court on Plaintiffs' Motion for Limited Discovery. The Court having reviewed the motion and being otherwise duly advised in the premises,

IT IS HEREBY ORDERED that Defendants shall produce to Plaintiffs by May 4, 2026:

a. The original wet-ink promissory note and all allonges/endorsements.

b. Complete payment history/ledger from origination to present.

c. All documents showing the full chain of title/assignments from origination to Federal National Mortgage Association.

d. The Master Custodial Agreement (Fannie Mae Form 2017) and any Pooling & Servicing Agreement excerpts governing the loan.

IT IS SO ORDERED.

Dated: _____

_____

Nancy E. Brasel

United States District Judge