**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

    v.

Brad Wise, et al.,

      Defendants.

Case No.: 0:25-cv-04755-NEB-JFD

---

**MEET AND CONFER STATEMENT REGARDING DEFENDANTS**
**CENLAR FSB AND JASON WEBB'S MOTION TO DISMISS**

---

Defendants Cenlar FSB and Jason Webb ("Defendants"), by and through their undersigned counsel and pursuant to Local Rule 7.1, respectfully submit this Meet and Confer Statement:

Counsel for Defendants certify that on March 20, 2026, Defendants' counsel contacted Plaintiff Jenna Kaltved to request confirmation of Plaintiffs' position on Defendants' Motion to Dismiss. Ms. Kaltved responded the same day stating that she opposes the Motion to Dismiss.

Dated this 20th day of March, 2026.

                                           HUSCH BLACKWELL LLP
Attorneys for Defendants Cenlar FSB and
Jason Webb

By:   s/ Natalia S. Kruse
       Natalia S. Kruse, 0504307
       80 South 8th Street, Suite 4800
       Minneapolis, Minnesota 55402
       612.852.2700
       612.852.2701 (fax)
       Natalia.Kruse@huschblackwell.com

2