**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

      v.

Brad Wise, et al.,

      Defendants.

Case No.: 0:25-cv-04755-NEB-JFD

**ORDER GRANTING DEFENDANTS CENLAR FSB AND JASON WEBB'S MOTION TO DISMISS**

Upon consideration of Defendants Cenlar FSB and Jason Webb's Motion to Dismiss, all the files, and the proceedings herein,

**IT IS HEREBY ORDERED** that Defendants Cenlar FSB and Jason Webb's Motion to Dismiss is GRANTED and Plaintiffs Douglas Kaltved and Jenna Kaltved's claims are dismissed with prejudice.

Dated: _____, 2026

_____
Honorable Nancy E. Brasel
United States District Judge