**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | **DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S AMENDED NOTICE OF HEARING ON MOTION TO DISMISS** |
| v. | |
| Brad Wise, et al., | |
| Defendants. | |

---

PLEASE TAKE NOTICE that Defendant Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss will be brought before the Honorable Nancy E. Brasel, Judge of the United States District Court, on May 18, 2026 at 10:00 a.m., in Courtroom 13W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated:  March 23, 2026                    HINSHAW & CULBERTSON LLP


By:    *s/Annie Santos*
      M. Annie Santos, Reg. No. 0389206
      250 Nicollet Mall, Suite 1150
      Minneapolis, MN  55401
      Telephone:  612-333-3434
      Fax:  612-334-8888
      asantos@hinshawlaw.com

      ATTORNEYS FOR DEFENDANT
      MORTGAGE ELECTRONIC
      REGISTRATION SYSTEMS, INC.

---