**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | **DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION'S AMENDED NOTICE OF HEARING ON MOTION TO DISMISS** |
| v. | |
| Brad Wise, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant Federal National Mortgage Association's Motion to Dismiss will be brought before the Honorable Nancy E. Brasel, Judge of the United States District Court, on May 18, 2026 at 10:00 a.m., in Courtroom 13W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Dated:  March 23, 2026          HINSHAW & CULBERTSON LLP


By:  *s/Annie Santos*
   M. Annie Santos, Reg. No. 0389206
   250 Nicollet Mall, Suite 1150
   Minneapolis, MN  55401
   Telephone:  612-333-3434
   Fax:  612-334-8888
   asantos@hinshawlaw.com

   ATTORNEYS FOR DEFENDANT FEDERAL
   NATIONAL MORTGAGE ASSOCIATION