# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

      v.                            Case Number: 0:25-cv-04755-NEB-JFD

Brad Wise, et al.,

      Defendants.

_____

### DEFENDANT MACKENZIE EICHEN'S
### MOTION TO DISMISS

_____

Defendant Mackenzie Eichen ("Defendant") hereby moves the United States District Court for the District of Minnesota for an Order dismissing Plaintiffs' claims against Defendant with prejudice, and for such other and further relief as the Court may deem just and proper. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

                        **MEAGHER + GEER, P.L.L.P**

Dated: April 2, 2026         By:    */s Brian A. Gravely*
                              Brian A. Gravely (#0336749)
                              33 South Sixth Street, Ste 4300
                              Minneapolis, MN 55402
                              Telephone (612) 347-9180
                              Facsimile (612) 338-8384
                              bgravely@meagher.com
                              *Attorney for Defendant*
                              *Mackenzie Eichen*