**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Douglas Kaltved and Jenna Kaltved,          Case Number: 0:25-cv-04755-NEB-JFD

      Plaintiffs,

  v.                                          **DEFENDANT MACKENZIE EICHEN'S**
                                              **NOTICE OF HEARING ON**
Brad Wise, et al.,                            **MOTION TO DISMISS**

      Defendants.

_____

PLEASE TAKE NOTICE that Defendant Mackenzie Eichen's Motion to Dismiss will be brought before the Honorable Nancy E. Brasel, Judge of the United States District Court, on May 18, 2026 at 10:00 a.m., in Courtroom 13W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

                                        **MEAGHER + GEER, P.L.L.P**

Dated: April 2, 2026          By:   _/s Brian A. Gravely_
                                    Brian A. Gravely (#0336749)
                                    33 South Sixth Street, Ste 4300
                                    Minneapolis, MN 55402
                                    Telephone (612) 347-9180
                                    Facsimile (612) 338-8384
                                    bgravely@meagher.com
                                    _Attorney for Defendant_
                                    _Mackenzie Eichen_