**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

      v.                      Case Number: 0:25-cv-04755-NEB-JFD

Brad Wise, et al.,

      Defendants.

_____

**DEFENDANT MACKENZIE EICHEN'S MEMORANDUM OF LAW IN**
**LR 7.1 WORD COUNT COMPLIANCE CERTIFICATION**

_____

I, Brian A. Gravely, certify that Defendant Mackenzie Eichen complies with Local Rule 7.1(f) and with type-size limit of Local Rule 7(h). I further certify that I used Word for Microsoft 365 and that this word processing program has been applied specifically to include all test, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,727 words.

**MEAGHER + GEER, P.L.L.P**

Dated: April 2, 2026          By:    s/Brian A. Gravely
                                    Brian A. Gravely (#0336749)
                                    33 South Sixth Street, Ste 4300
                                    Minneapolis, MN 55402
                                    Telephone (612) 347-9180
                                    Facsimile (612) 338-8384
                                    bgravely@meagher.com
                                    _Attorney for Defendant Eichen_

1