**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Douglas Kaltved and Jenna Kaltved,

   Plaintiffs,

 v.

Brad Wise, et al.,

   Defendants.

Case Number: 0:25-cv-04755-NEB-JFD

**DEFENDANT MACKENZIE EICHEN'S MEET AND CONFER STATEMENT REGARDING MOTION TO DISMISS**

_____

I hereby certify that counsel for Defendant Mackenzie Eichen ("Defendant") emailed Jenna Kaltved on March 25, 2026, in an effort to resolve the issues raised by Defendant in its Motion to Dismiss, and Ms. Kaltved responded on March 30, 2026 stating she opposes the dismissal of claims against Defendant. On April 1, 2026, Ms. Kaltved and counsel for Defendant met over Zoom to further discuss issues in the case including if Ms. Kaltved still opposes Defendant's Motion to dismiss, which she indicated she still did.

**MEAGHER + GEER, P.L.L.P**

Dated: April 2, 2026

By: _/s Brian A. Gravely_
  Brian A. Gravely (#0336749)
  33 South Sixth Street, Ste 4300
  Minneapolis, MN 55402
  Telephone (612) 347-9180
  Facsimile (612) 338-8384
  bgravely@meagher.com
  _Attorney for Defendant_
  _Mackenzie Eichen_