**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

      v.                      Case Number: 0:25-cv-04755-NEB-JFD

Brad Wise, et al.,

      Defendants.

_____

**ORDER GRANTING DEFENDANT MACKENZIE EICHEN'S**
**MOTION TO DISMISS**

_____

Upon consideration of Defendant Mackenzie Eichen's Motion to Dismiss, all the

files, and the proceedings herein,

IT IS HEREBY ORDERED that Defendant Mackenzie Eichen's Motion to

Dismiss is GRANTED and Plaintiffs Douglas Kaltved and Jenna Kaltved's claims are

dismissed with prejudice.

Dated:_____, 2026

                             _____

                             Honorable Nancy E. Brasel
                             United States District Judge