UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Court File No.  25-cv-4755 (NEB/JFD) |
| Plaintiff, | |
| v. | **DEFENDANT WILFORD, GESKE & COOK, P.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Brad Wise, et al., | |
| Defendant. | |

Defendant Wilford, Geske & Cook, P.A. moves the Court for an Order dismissing Plaintiffs' Complaint with prejudice and on the merits for failure to state a claim under Rule 12(c) of the Federal Rules of Civil Procedure.

This motion is based on the pleadings and memorandum of law filed with the Court and served on the parties in compliance with Local Rule 7.1(b), the accompanying declaration and exhibits, and the appearance and arguments of counsel.

Dated  April 2, 2026

By:  *s/ Megan K. Seavey*

M. Gregory Simpson (#204560)
Megan K. Seavey (#0402821)
Meagher + Geer, P.L.L.P.
33 South Sixth Street, Suite 4300
Minneapolis, MN  55402
Telephone  (612) 338-0661
Email:  gsimpson@meagher.com
          mseavey@meagher.com

***Attorneys for Defendant Wilford, Geske & Cook, P.A.***