UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Court File No.  25-cv-4755 (NEB/JFD) |
| Plaintiff, | |
| v. | **NOTICE OF HEARING ON DEFENDANT WILFORD, GESKE, & COOK, P.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Brad Wise, et al., | |
| Defendant. | |

TO: DOUGLAS KALTVED AND JENNA KALTVED, ABOVE NAMED PLAINTIFFS

PLEASE TAKE NOTICE that Defendant Wilford, Geske & Cook, P.A. by its undersigned counsel, will bring a motion for judgment on the pleadings pursuant to Federal Rules of Civil Procedure 12(c) on May 18, 2026 at 10:00 a.m. before the Honorable Nancy E. Brasel, United State District Court Judge, at the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415.

Dated  April 2, 2026

By: s/ Megan K. Seavey
M. Gregory Simpson (#204560)
Megan K. Seavey (#0402821)
Meagher + Geer, P.L.L.P.
33 South Sixth Street, Suite 4300
Minneapolis, MN  55402
Telephone  (612) 338-0661
Email:  gsimpson@meagher.com
       mseavey@meagher.com

*Attorneys for Defendant Wilford, Geske & Cook, P.A.*