UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

Plaintiff,

v.

Brad Wise, et al.,

Defendant.

Court File No.  25-cv-4755 (NEB/JFD)

**LR.7.1 CERTIFICATE OF COMPLIANCE**

I, Megan K. Seavey, certify that Wilford, Geske & Cook, P.A.'S Memorandum In Support of Motion for Judgment on the Pleadings complies with Local Rule 7.1(f) and 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft® Word for Microsoft 365 MSO, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 2831 words.

Dated  April 2, 2026

By:  Megan K. Seavey
M. Gregory Simpson (#204560)
Megan K. Seavey (#0402821)
Meagher + Geer, P.L.L.P.
33 South Sixth Street, Suite 4300
Minneapolis, MN  55402
Telephone  (612) 338-0661
Email:  gsimpson@meagher.com
        mseavey@meagher.com

***Attorneys for Defendant Wilford, Geske & Cook, P.A.***