UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

                    Plaintiff,

v.

Brad Wise, et al.,

                    Defendant.

Court File No.  25-cv-4755 (NEB/JFD)

**DEFENDANT WILFORD, GESKE, & COOK, P.A.'S MEET-AND-CONFER STATEMENT**

I, Megan Seavey, an attorney representing Defendant Wilford, Geske & Cook, P.A., hereby certify that my colleague, M. Gregory Simpson and I conferred with Plaintiffs Douglas and Jenna Kaltved by exchange of emails on March 24 and 25, 2026. In the email exchange we described our proposed motion for judgment on the pleadings and the legal basis for it, and asked if Plaintiffs were willing to dismiss their Complaint or any part of it. Mr. Simpson also spoke to Ms. Kaltved via Zoom video conference on April 1, 2026, and again discussed Wilford, Geske & Cook P.A.'s motion for judgment on the pleadings and asked if Plaintiffs were willing to dismiss their Complaint or any part of it.

As a result of the exchange of emails and Zoom video conference, the parties do not agree on the resolution of this motion.

Dated  April 2, 2026

By:  s/ Megan K. Seavey
     M. Gregory Simpson (#204560)
     Megan K. Seavey (#0402821)
     Meagher + Geer, P.L.L.P.
     33 South Sixth Street, Suite 4300
     Minneapolis, MN  55402
     Telephone  (612) 338-0661
     Email:  gsimpson@meagher.com
            mseavey@meagher.com

2

*Attorneys for Defendant Wilford, Geske
& Cook, P.A.*