UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Douglas Kaltved and Jenna Kaltved,   Court File No.  25-cv-4755 (NEB/JFD)

Plaintiff,

v.

Brad Wise, et al.,

Defendant.

**[PROPOSED] ORDER GRANTING DEFENDANT WILFORD, GESKE, & COOK, P.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS**

---

The above-captioned matter came before the Honorable Nancy E. Brasel, Judge of the United States District Court, on Defendant Wilford, Geske & Cook, P.A.'s Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c).  Based on the arguments of counsel, all of the files, records, and proceedings herein, the Court being fully advised in the premises:

**IT IS HEREBY ORDERED:**

1.    Defendant Wilford, Geske & Cook, P.A.'s Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) is GRANTED;

2.    Plaintiffs' claims against Defendant Wilford, Geske & Cook, P.A. are dismissed with prejudice and on the merits; and

3.    Pursuant to Fed. R. Civ. P. 54.02, the Court finds that there is no just reason for delay, and directs entry of  judgment for Defendant Wilford, Geske & Cook, P.A.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: _____        _____
Honorable Nancy E. Brasel
United States District Court Judge