# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

        Plaintiffs,

                                  Case Number: 0:25-cv-04755-NEB-JFD

v.

Brad Wise, et al.,

        Defendants.

---

## DEFENDANT ONWARD FINANCING LLC'S MOTION TO DISMISS

---

    Defendant Onward Financing LLC hereby moves the United States District Court for the District of Minnesota for an Order dismissing Plaintiffs Douglas Kaltved and Jenna Kaltved's Complaint with prejudice, and for such other relief as the Court may deem just and proper.

    This Motion is based on the accompanying memorandum of law, all of the files, records, and proceedings herein, such argument as may be presented to the Court, and all matters of which the Court may take judicial notice.

**REDFORD LAW PA**

Dated: April 6, 2026           /s/ Shaun Redford
                                  Shaun Redford, #390127
                                  Redford Law PA
                                  7201 Ohms Lane, Suite 210
                                  Edina, MN 55439
                                  shaun@redfordlaw.com
                                  (952) 224-3644
                                  *Attorney for Defendant Onward Financing LLC*