# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

Plaintiffs,

Case Number: 0:25-cv-04755-NEB-JFD

v.

Brad Wise, et al.,

Defendants.

## NOTICE OF HEARING ON DEFENDANT
## ONWARD FINANCING LLC'S MOTION TO DISMISS

PLEASE TAKE NOTICE that a hearing on Defendant Onward Financing LLC's Motion to Dismiss will take place on **May 18, 2026** at **10:00 am** in Courtroom 13W at the U.S. Courthouse, Minneapolis Building, 300 South Fourth Street, Minneapolis, MN 55415, before the Honorable Nancy E. Brasel, U.S. District Judge.  Defendant Onward Financing LLC will move the Court for an Order to dismiss Plaintiffs Douglas Kaltved and Jenna Kaltved's Complaint with prejudice, and for any further relief as the Court may deem just and proper.

**REDFORD LAW PA**

Dated: April 6, 2026

/s/ Shaun Redford
Shaun Redford, #390127
Redford Law PA
7201 Ohms Lane, Suite 210
Edina, MN 55439
shaun@redfordlaw.com
(952) 224-3644
*Attorney for Defendant Onward Financing LLC*

1