# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

        Plaintiffs,

                                  Case Number: 0:25-cv-04755-NEB-JFD

v.

Brad Wise, et al.,

        Defendants.

## DEFENDANT ONWARD FINANCING LLC'S
## LR 7.1(f) CERTIFICATE OF COMPLIANCE

I, Shaun Redford, certify that the Memorandum of Law in Support of Defendant Onward Financing LLC's Motion to Dismiss complies with the word-count limits set by Local Rule 7.1(f) as well as with the type-size limit of Local Rule 7.1(h).  I further certify that, in preparation of the above document, I used Microsoft 365 Word Version 2602 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the above-referenced memorandum contains 2577 words.

### REDFORD LAW PA

Dated: April 6, 2026

/s/ Shaun Redford
Shaun Redford, #390127
Redford Law PA
7201 Ohms Lane, Suite 210
Edina, MN 55439
shaun@redfordlaw.com
(952) 224-3644
*Attorney for Defendant Onward Financing LLC*

1