# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

    Plaintiffs,

            Case Number: 0:25-cv-04755-NEB-JFD

v.

Brad Wise, et al.,

    Defendants.

## MEET AND CONFER STATEMENT REGARDING DEFENDANT ONWARD FINANCING LLC'S MOTION TO DISMISS

Defendant Onward Financing LLC ("Defendant"), by and through its undersigned counsel and pursuant to Local Rule 7.1, respectfully submits this Meet and Confer Statement:

Counsel for Defendant certifies that on April 6, 2026, Shaun Redford and Plaintiff Jenna Kaltved discussed Defendant's Motion to Dismiss via telephone. The parties discussed the merits of Defendant's Motion to Dismiss and determined that the parties are not able to resolve the motion at this time.

           **REDFORD LAW PA**

Dated: April 6, 2026    /s/ Shaun Redford
           Shaun Redford, #390127
           Redford Law PA
           7201 Ohms Lane, Suite 210
           Edina, MN 55439
           shaun@redfordlaw.com
           (952) 224-3644
           *Attorney for Defendant Onward Financing LLC*