# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved,

          Plaintiffs,

                          Case Number: 0:25-cv-04755-NEB-JFD

v.

Brad Wise, et al.,

          Defendants.

## ORDER GRANTING DEFENDANT ONWARD FINANCING LLC'S MOTION TO DISMISS

Upon consideration of Defendant Onward Financing LLC's Motion to Dismiss, all the files, and the proceedings herein,

**IT IS HEREBY ORDERED** that Defendant Onward Financing LLC's Motion to Dismiss is GRANTED and Plaintiffs Douglas Kaltved and Jenna Kaltved's claims against Defendant Onward Financing LLC are dismissed with prejudice.

Dated: _____, 2026

                                    _____

                                    Honorable Nancy E. Brasel
                                    United States District Judge