## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Douglas Kaltved and Jenna Kaltved,

      Plaintiffs,

      v.                        Case Number: 0:25-cv-04755-NEB-JFD

Brad Wise, et al.,

      Defendants.

_____

## DEFENDANT MACKENZIE EICHEN'S MEMORANDUM OF LAW IN LR 7.1 WORD COUNT COMPLIANCE CERTIFICATION

_____

I, Brian A. Gravely, certify that Defendant Mackenzie Eichen complies with Local Rule 7.1(f) and with type-size limit of Local Rule 7(h). I further certify that I used Word for Microsoft 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,772 words.

**MEAGHER + GEER, P.L.L.P**

Dated: April 7, 2026            By:    s/*Brian A. Gravely*
                                  Brian A. Gravely (#0336749)
                                  33 South Sixth Street, Ste 4300
                                  Minneapolis, MN 55402
                                  Telephone (612) 347-9180
                                  Facsimile (612) 338-8384
                                  bgravely@meagher.com
                                  *Attorney for Defendant*
                                  *Mackenzie Eichen*