# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

Douglas Kaltved and Jenna Kaltved, Plaintiffs,

v.

Brad Wise et al., Defendants.

Case No. 0:25-cv-04755 (NEB/JFD)

## PLAINTIFFS' UPDATED MEET-AND-CONFER STATEMENT IN SUPPORT OF MOTION FOR LIMITED DISCOVERY

Pursuant to the Court's Order at Docket #105 and D. Minn. Local Rule 7.1(a), Plaintiffs submit this updated meet-and-confer statement.

Plaintiff conferred in good faith and, to have a meaningful meet-and-confer, asked each defendant or their counsel to identify which of the six categories they have or have access to so that the parties could then discuss narrowing the requests as appropriate. The responses regarding categories and the motion were as follows:

- **Santos Defendants (MERS, FNMA, ServiceMac, AmeriHome – Annie Santos):** Counsel did not identify which categories they have or have access to. Counsel opposed the motion, stating discovery is premature prior to resolution of the MTDs.

- **Defendant Eichen (Brian Gravely) and Wilford, Geske & Cook, P.A. (Gregory Simpson):** Counsel stated Defendant Eichen has no responsive documents and Wilford has only a copy of the note (not wet-ink) and a privileged Owner & Encumbrance report. They effectively opposed proceeding with the motion at this time.

- **Defendant Onward (Shaun Redford):** Counsel did not identify which categories they have or have access to. After the call and follow-up, counsel stated the motion is inappropriate at this early stage given the pending Rule 12 MTDs.

- **Sheriff Defendants (Anoka County, Leah Christenson / Jason Stover)**: Counsel stated they have no responsive documents. They maintained their prior position but did not oppose the motion in the sense that they have nothing to give.

- **Cenlar / Webb (Natalia Kruse)**: Counsel did not identify which categories they have or have access to. Counsel responded that discovery is premature and opposed the motion.

Plaintiffs note that substantially similar discovery was already served in the related bankruptcy adversary proceeding (Adv. Proc. No. 26-04027) on March 19, 2026, with responses due April 22–23, 2026 for most defendants (ServiceMac re-mailed after USPS loss).

Plaintiffs remain willing to narrow the six categories based on what each defendant has or controls. Most defendants provided no identification of what they possess or have access to. The requested discovery is narrowly tailored to the issues raised in Defendants' Motions to Dismiss (res judicata, collateral estoppel, standing, and privity), which directly concern the validity of the July 1, 2025 sheriff's sale and the chain of title.

Dated: April 10, 2026

Respectfully submitted,

*Jenna Ione Kaltved*

Jenna Ione Kaltved, Pro Se Plaintiff

**CERTIFICATE OF SERVICE** I certify that on April 10, 2026, this statement was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*Jenna Ione Kaltved*

Jenna Ione Kaltved