## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Kaltved and Jenna Kaltved, | Case No.: 25-cv-4755 (NEB/JFD) |
| Plaintiffs, | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS AMERIHOME, SERVICEMAC, MERS, AND FANNIE MAE'S MEMORANDUM OF LAW OPPOSING PLAINTIFFS' MOTION FOR LIMITED DISCOVERY** |
| v. | |
| Brad Wise, et al., | |
| Defendants | |

I, M. Annie Santos, certify that Defendants AmeriHome Mortgage Company, LLC, ServiceMac, LLC, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association's Memorandum of Law Opposing Plaintiffs Douglas Kaltved and Jenna Kaltved's Motion for Limited Discovery complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, I used Word for Microsoft 365 Version 2601, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 1,387 words.

**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING**
**OPPOSITION TO PLAINTIFFS' MOTION FOR LIMITED DISCOVERY**
Court No. 25-cv-4755 (NEB/JFD); *Douglas Kaltved and Jenna Kaltved v. Brad Wise, et al.*

**Page 1 of 2**

Respectfully submitted,

Dated:  April 13, 2026          HINSHAW & CULBERTSON LLP


By:   *s/Annie Santos*
            M. Annie Santos, Reg. No. 0389206
            250 Nicollet Mall, Suite 1150
            Minneapolis, MN  55401
            Telephone:  612-333-3434
            Fax:  612-334-8888
            asantos@hinshawlaw.com

            ATTORNEYS FOR AMERIHOME,
            SERVICEMAC, MERS, AND FANNIE MAE

**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING**          **Page 2 of 2**
**OPPOSITION TO PLAINTIFFS' MOTION FOR LIMITED DISCOVERY**
Court No. 25-cv-4755 (NEB/JFD); *Douglas Kaltved and Jenna Kaltved v. Brad Wise, et al.*