**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Douglas Kaltved and Jenna Kaltved,

        Plaintiffs,

                                Case Number: 0:25-cv-04755-NEB-JFD

v.

Brad Wise, et al.,

        Defendants.

---

**DEFENDANT ONWARD FINANCING LLC'S**
**LR 7.1(f) CERTIFICATE OF COMPLIANCE**

---

I, Shaun Redford, certify that the Memorandum of Law in Opposition of Plaintiffs' Motion for Limited Discovery complies with the word-count limits set by Local Rule 7.1(f) as well as with the type-size limit of Local Rule 7.1(h). I further certify that, in preparation of the above document, I used Microsoft 365 Word Version 2602 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 963 words.

                                 **REDFORD LAW PA**

Dated: April 13, 2026          /s/ Shaun Redford
                                 Shaun Redford, #390127
                                 Redford Law PA
                                 7201 Ohms Lane, Suite 210
                                 Edina, MN 55439
                                 shaun@redfordlaw.com
                                 (952) 224-3644
                                 *Attorney for Defendant Onward Financing LLC*