

**Redford Law PA**
7201 Ohms Lane, Suite 210
Edina, MN 55439
olson-law.com

**Shaun Redford**
shaun@redfordlaw.com
(952) 224-3644 ext. 2

April 20, 2026

**VIA E-FILING**

Hon. John F. Docherty
United States District Court
316 N. Robert St.
St. Paul, MN 55101

      RE:    Douglas Kaltved and Jenna Kaltved v. Brad Wise, et al.
                United States District of Minnesota Court File No.: 0:25-cv-04755
                Our File No.: 15496

Dear Judge Docherty:

I represent Defendant Onward Financing LLC in the above-captioned matter. I write in response to the Court's Order dated April 20, 2026 ordering that I inform the Court in writing of the reasons for my absence at the April 20, 2026 hearing.

In short, an internal calendar management miscommunication resulted in the April 20, 2026 hearing not being added to my calendar. Upon further investigation of the cause of this miscommunication, it appears that when Plaintiffs filed their Motion for Limited Discovery on March 30, 2026, the Notice of Hearing for the Motion was filed as an attached Exhibit to the Motion as opposed to being separately filed as a Notice of Hearing as I am accustomed to seeing. Accordingly, the Notice of Hearing was not seen and therefore not added to my calendar.

Even though the Notice of Hearing was filed as an Exhibit to the Motion, I acknowledge that I still should have been able to physically see the Notice and have the hearing added to my calendar. I take full responsibility for my absence at the April 20, 2026 hearing and offer my sincere apology to the Court.

                Sincerely yours,

                Shaun D. Redford

SDR/nrm