# HUSCH BLACKWELL

Natalia S. Kruse
Partner

80 Eighth Street, Suite 4800
Minneapolis, MN 55402
Phone: 612.852.2700
Fax: 612.852.2701
Natalia.Kruse@huschblackwell.com

April 20, 2026

Honorable John F. Docherty
United States Magistrate Judge
United States District Court for the District of MN
316 N. Robert Street
St. Paul, MN 55101

   Re:  *Douglas Kaltved and Jenna Kaltved v. Brad Wise, et al.*,
       Case No. 25-cv-04755-NEB-JFD

Dear Judge Docherty:

We represent Defendants Cenlar FSB and Jason Webb, and write in response to the Court's April 20, 2026 Order directing undersigned counsel to explain, in writing, the reasons for our absence at the April 20, 2026 hearing. In short, the hearing was not calendared in our internal docketing system, and therefore, it was not on my calendar. I provide further explanation below not to make excuses, but rather to explain the absence. We offer our sincerest apologies to the Court, as well as the other parties who did appear, for our absence.

As the Court is aware, following Plaintiffs' request for a hearing date, the Court's Chambers contacted the parties to identify available dates for the hearing on Plaintiffs' Motion for Limited Discovery. I responded that I was available on either April 20 or April 22 at 11:00 a.m. After receiving responses from counsel, Chambers confirmed that Plaintiffs could notice their motion for April 20, 2026.

Our office's standard practice is to calendar all hearing dates and times through our computerized docketing system. This often occurs when a notice of hearing or motion is filed that identifies the hearing date and time. On March 30, 2026, Plaintiffs filed Plaintiffs' Motion for Limited Discovery and supporting documents, including a Notice of Hearing, as attachments under a single docket entry. (Dkt. 104.) The Notice of Hearing did identify the date and time of the hearing, but it was filed as an attachment to the Motion, rather than as a separate document. Upon further investigation, it appears that our office unfortunately overlooked entering the hearing date in our calendaring system. Regardless of the manner of the filing, I should have ensured the hearing date was calendared, but unfortunately did not catch this error. I take full responsibility for this mistake.

**HUSCH BLACKWELL**

Honorable John Docherty
April 20, 2026
Page 2


      I sincerely apologize to the Court for my failure to appear and the inconvenience my absence has caused.  We are committed to ensuring this does not happen again.

      Thank you for your attention to this matter.

                  Respectfully,

                  Natalia S. Kruse

NSK/jlw