## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DOUGLAS KALTVED and JENNA KALTVED, | Case No. 25-CV-4755 (NEB/JFD) |
| Plaintiffs, | |
| v. | ORDER ON MOTIONS TO DISMISS AND MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| BRAD WISE, individually and as Sheriff of Anoka County; LUCAS CHRISTOFFERSEN, individually (Deputy Sheriff who executed sale); RICHARD KREYER, individually and as Civil Process Supervisor, Anoka County Sheriff's Office; WILFORD, GESKE & COOK, P.A.; MACKENZIE EICHEN, individually (AmeriHome employee who signed Assignment of Mortgage as Vice President of MERS); JASON WEBB, individually (AmeriHome Vice President who executed Notice of Pendency and Power of Attorney); AMERIHOME MORTGAGE COMPANY, LLC; SERVICEMAC, LLC; CENLAR FSB (subservicer); FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); ONWARD FINANCING, LLC; and JOHN DOE 1–10, | |
| Defendants. | |

---

The parties appeared before the Court on May 18, 2026, for a hearing on Plaintiff's motions for temporary restraining order and preliminary injunction (ECF Nos. 3, 37, and

41) and Defendants' motions to dismiss (ECF Nos. 20, 76, 81, and 94) and Defendants' motions for judgment on the pleadings (ECF Nos. 106, 111, and 117.) For the reasons stated on the record at the hearing, IT IS HEREBY ORDERED THAT:

1. The Kaltveds' Motions for a Temporary Restraining Order and Preliminary Injunction (ECF Nos. 3, 37, and 41) are DENIED;

2. AmeriHome Mortgage Company, LLC, and ServiceMac, LLC's Motion to Dismiss (ECF No. 20) is GRANTED;

3. Federal National Mortgage Association's Motion to Dismiss (ECF No. 76) is GRANTED;

4. Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss (ECF No. 81) is GRANTED;

5. Cenlar FSB and Jason Webb's Motion to Dismiss (ECF No. 94) is GRANTED;

6. Mackenzie Eichen's Motion to Dismiss (ECF No. 106) is converted to a Motion for Judgment on the Pleadings and is GRANTED;

7. Wilford, Geske, & Cook P.A.'s Motion for Judgment on the Pleadings (ECF No. 111) is GRANTED; and

8. Onward Financing, LLC's Motion to Dismiss (ECF No. 117) is converted to a

2

Motion for Judgment on the Pleadings and is GRANTED.


Dated: May 22, 2026                                    BY THE COURT:

                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge